# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

CIVIL ACTION NUMBER 5:19-CV-102-FL

| | |
|---|---|
| BUDDY ALLEN,<br><br>    Plaintiff,<br><br>v.<br><br>ABB INC. SEVERANCE PLAN, ABB INC. ACTIVE EMPLOYEE GROUP BENEFIT PLAN, AND ABB INC.,<br><br>    Defendants. | **ORDER ON JOINT MOTION FOR COURT-HOSTED SETLEMENT CONFERENCE** |

This matter comes before the Court on the joint motion of all parties for a court-hosted settlement conference in lieu of private mediation. Having considered the motion, the Court finds that it should be GRANTED.

The parties shall engage in a court-hosted settlement conference in lieu of private mediation. The Court hereby assigns United States Magistrate Judge Robert T. Numbers, II as the judicial officer to preside over the court-hosted settlement conference. The parties shall contact the Clerk's Office to schedule the settlement conference for a time prior to the close of discovery.

This the 25th day of July, 2019.

                                                                            _____
                                                                           LOUISE W. FLANAGAN
                                                                           United States District Judge